# EXHIBIT A

# Memorandum



*RNM #20-003 Rev. 1*

Date: July 24, 2020

To: Bridge and Tunnel Operations Force

From: Richard Hildebrand, Acting Vice President and Chief of Operations

Re: RNM 20-003 Overtime Authorization, Revision 1

---

Attached and effective immediately is:

- RNM 20-003 Overtime Authorization, Rev.1

Referenced Numbered Memorandum RNM #20-003 Section 4.3 has been revised as follows:

4.3   Employees must use the KRONOS biometric time clock to register in and out at their respective facility/command. Unless authorized by management, (i) all Lieutenants and Sergeants shall not clock-in more than twenty-two (22) minutes prior to the scheduled start of tour, and shall not clock-out more than seven (7) minutes after the scheduled end of tour; and (ii) all Bridge and Tunnel Officers shall not clock-in more than twenty-two (22) minutes prior to the scheduled start of tour, and shall not clock-out sixteen (16) minutes or more after the scheduled end of tour. Unless scheduled for approved training, or other approved off-site assignments, employees are required to register in and out at their respective facility/command or as otherwise directed by management.