# EXHIBIT B

| Triborough B & T Authority | | Pay Group: BWK-B&T Biweekly | Business Unit: BRTUN |
|---|---|---|---|
| Randalls Island | | Pay Begin Date: 06/06/19 | Advice #: |
| New York, NY 10035 | | Pay End Date: 06/19/19 | Advice Date: 06/19/19 |

| Kevin A Knois | | Department: 1041101000-OPS/R.I. Special Ops Div -Ops | TAX DATA: | Federal | NY State | Local |
|---|---|---|---|---|---|---|
| 89-16 97th Ave | | Location: Randalls Island | Marital Status: | Single | Married | Single |
| Ozone Park, NY 11416 | | Pay Rate: $65,037.00 Annually | Allowances: | 0 | 10 | 0 |
| Employee ID: | | Pension #: | Addl. Pct: | | | |
| Agency Empl ID: | | Pen Gross: $6,625.06 YTD: $57,413.81 | Addl. Amt: | | | |

### HOURS AND EARNINGS

| Description | Begin Dt | End Dt | Rate | Hours | Earnings | Hours | Earnings |
|---|---|---|---|---|---|---|---|
| | | | | (Current) | (Current) | (YTD) | (YTD) |
| Regular | | | 22.272939 | 112.00 | 2,494.57 | 1,456.00 | 32,429.41 |
| OT 1.50 | 05/09/19 | 05/22/19 | 53.394917 | 53.00 | 2,829.93 | 317.50 | 16,952.87 |
| Diff OT1.5 | 05/09/19 | 05/22/19 | 5.341051 | 31.00 | 165.57 | 132.50 | 707.69 |
| Diff OT2.0 | 05/09/19 | 05/22/19 | 7.120659 | 5.00 | 35.60 | 40.00 | 284.81 |
| Diff Earns | 05/09/19 | 05/22/19 | 3.561443 | 29.00 | 103.28 | 558.00 | 1,987.30 |
| OT 2.0 | 05/09/19 | 05/22/19 | 71.150904 | 14.00 | 996.11 | 71.00 | 5,051.73 |
| B&T UNI | | | | | 0.00 | | 1,545.65 |
| **TOTAL:** | | | | | **6,625.06** | | **58,959.46** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 1,253.63 | 8,680.76 |
| Fed MED/EE | 96.06 | 854.91 |
| Fed OASDI/EE | 410.76 | 3,655.49 |
| NYS Withholdng | 370.20 | 2,778.74 |
| NYC Withholdng | 245.83 | 2,089.02 |
| **TOTAL:** | **2,376.48** | **18,058.92** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| RetirementPlanAddl 5.5% | 364.38 | 3,157.76 |
| **TOTAL:** | **364.38** | **3,157.76** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 457 Loan Repayment | 98.28 | 1,277.64 |
| Pension Loan Repayment | 983.18 | 12,781.34 |
| Union Dues - B&T BTO | 30.00 | 390.00 |
| 401K Loan Repayment #1 | 107.98 | 1,403.74 |
| **TOTAL:** | **1,219.44** | **15,852.72** |

### Taxable Earnings

| | Current | YTD |
|---|---|---|
| NYS Taxable Earnings | 6,260.68 | 55,801.70 |
| Federal Taxable Earnings | 6,260.68 | 55,801.70 |

Taxable Benefit — Current / YTD

### Leave Balance / PTO as of 06/05/19

| | Hours |
|---|---|
| Sick | 64.00 |
| Current Vacation | 144.00 |
| Paid Holiday | 8.00 |
| Accrued Vacation | 52.00 |

### NET PAY DISTRIBUTION

Advice #000000000            $80.86
                             $2,583.90

**TOTAL:**                   **$2,664.76**

MESSAGE:

---

Triborough B & T Authority
Randalls Island
New York, NY 10035

Date: 06/19/19                    Advice No. 226239

**Deposit Amount:** $2,664.76

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Savings | | $80.86 |
| Checking | | $2,583.90 |
| **Total:** | | **$2,664.76** |

To the Account(s) Of    KEVIN A KNOIS

Location: OPS/SP/Ops

**NON-NEGOTIABLE**

**Triborough Bridge & Tunnel Authority**
Randalls Island
New York, NY 10035

| Pay Group: | BWK-B&T Biweekly | Business Unit: | BRTUN |
|---|---|---|---|
| Pay Begin Date: | 06/20/19 | Advice #: | |
| Pay End Date: | 07/03/19 | Advice Date: | 07/03/19 |

Kevin A Knois
89-16 97th Ave
Ozone Park, NY 11416
Employee ID:
Agency Empl ID:

Department: 1040304000-OPS/Triborough-Manhattan Ops.
Location: Triborough Bridge
Pay Rate: $65,037.00 Annually
Pension #:
Pen Gross: $3,726.30   YTD: $61,140.11

| TAX DATA: | Federal | NY State | Local |
|---|---|---|---|
| Marital Status: | Single | Married | Single |
| Allowances: | 0 | 10 | 0 |
| Addl. Pct: | | | |
| Addl. Amt: | | | |

### HOURS AND EARNINGS

| Description | Prior Period Begin Dt | End Dt | Rate | Hours | Earnings | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|---|---|
| Regular | | | 22.272939 | 112.00 | 2,494.57 | 1,568.00 | 34,923.98 | | |
| OT 1.50 | 05/23/19 | 06/05/19 | 53.394917 | 19.00 | 1,014.50 | 336.50 | 17,967.37 | | |
| Diff OT1.5 | 05/23/19 | 06/05/19 | 5.341051 | 18.00 | 96.14 | 150.50 | 803.83 | | |
| Diff Earns | 05/23/19 | 06/05/19 | 3.561443 | 34.00 | 121.09 | 592.00 | 2,108.39 | | |
| Diff OT2.0 | | | | | 0.00 | 40.00 | 284.81 | | |
| OT 2.0 | | | | | 0.00 | 71.00 | 5,051.73 | | |
| Regular | 05/23/19 | 06/05/19 | | | 0.00 | | | | |
| B&T UNI | | | | | 0.00 | | 1,545.65 | | |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 585.99 | 9,266.75 |
| Fed MED/EE | 54.03 | 908.94 |
| Fed OASDI/EE | 231.03 | 3,886.52 |
| NYS Withholdng | 164.77 | 2,943.51 |
| NYC Withholdng | 129.41 | 2,218.43 |
| **TOTAL:** | **1,165.23** | **19,224.15** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| RetirementPlanAddl 5.5% | 204.95 | 3,362.71 |
| **TOTAL:** | **204.95** | **3,362.71** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 457 Loan Repayment | 98.28 | 1,375.92 |
| Pension Loan Repayment | 983.18 | 13,764.52 |
| Union Dues - B&T BTO | 30.00 | 420.00 |
| 401K Loan Repayment #1 | 107.98 | 1,511.72 |
| **TOTAL:** | **1,219.44** | **17,072.16** |

| TOTAL: | | | | | | | 3,726.30 | | 62,685.76 |
|---|---|---|---|---|---|---|---|---|---|

| Taxable Earnings | Current | YTD | Taxable Benefit | Current | YTD |
|---|---|---|---|---|---|
| NYS Taxable Earnings | 3,521.35 | 59,323.05 | | | |
| Federal Taxable Earnings | 3,521.35 | 59,323.05 | | | |

| Leave Balance / PTO | as of 06/19/19 | Hours |
|---|---|---|
| Sick | | 64.00 |
| Current Vacation | | 136.00 |
| Paid Holiday | | 16.00 |
| Accrued Vacation | | 70.00 |

### NET PAY DISTRIBUTION

| Advice #00000000 | | $80.86 |
|---|---|---|
| | | $1,055.82 |
| **TOTAL:** | | **$1,136.68** |

MESSAGE:

---

**Triborough Bridge & Tunnel Authority**
Randalls Island
New York, NY 10035

Date: 07/03/19

Advice No. 226938

**Deposit Amount:** $1,136.68

**To the Account(s) Of**    KEVIN A KNOIS

Location: OPS/TB/M/O

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Savings | | $80.86 |
| Checking | | $1,055.82 |
| **Total:** | | **$1,136.68** |

**NON-NEGOTIABLE**