# EXHIBIT C

**Bridges and Tunnels**
2 Broadway
New York, NY  10004

| Pay Group: | BWK-B&T Biweekly | Business Unit: | BRTUN |
|---|---|---|---|
| Pay Begin Date: | 01/17/19 | Advice #: | |
| Pay End Date: | 01/30/19 | 00000000 | |
| | | Advice Date: | 01/30/19 |

Edward J Kalanz
685 Carlls Path, Apt 2
Deer Park, NY 11729
Employee ID:
Agency Empl ID:

Department: 1040901000-OPS/Marine Parkway Operations
Location:   Marine Parkway Bridge
Pay Rate:   $65,037 00 Annually
Pension #:
Pen Gross:  $6,683 64  YTD: $18,486 53

| TAX DATA: | Federal | NY State | Local |
|---|---|---|---|
| Marital Status: | Single | Single | |
| Allowances: | 0 | 0 | |
| Addl Pct: | | | |
| Addl Amt: | | | |

**HOURS AND EARNINGS**

| | -------- Prior Period -------- | | ------ Current ------ | | ------ YTD ------ | |
|---|---|---|---|---|---|---|
| Description | Begin D | End Date | Rate | Hours | Earnings | Hours | Earnings |
| Regular | | | 22 272939 | 112 00 | 2,494 57 | 336 00 | 7,483 71 |
| OT 1 50 | 12/20/18 | 01/02/19 | 53 394917 | 49 00 | 2,616 35 | 123 50 | 6,594 27 |
| Diff OT1 5 | 12/20/18 | 01/02/19 | 5 341051 | 22 00 | 117 50 | 50 00 | 267 05 |
| Diff OT2 0 | 12/20/18 | 01/02/19 | 7 120659 | 5 00 | 35 60 | 20 00 | 142 41 |
| Diff Earns | 12/20/18 | 01/02/19 | 3 561443 | 39 00 | 138 90 | 104 00 | 370 39 |
| OT 2 0 | 12/20/18 | 01/02/19 | 71 150904 | 18 00 | 1,280 72 | 51 00 | 3,628 70 |
| B&T UNI | | | | | 0 00 | | 1,545 65 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 1,271 34 | 3,651 38 |
| Fed MED/EE | 96 92 | 290 47 |
| Fed OASDI/EE | 414 39 | 1,242 00 |
| NYS Withholdng | 404 93 | 1,168 11 |
| **TOTAL:** | **2,187.58** | **6,351.96** |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| RetirementPlanAddl 5 5% | 367 60 | 1,016 76 |
| **TOTAL:** | **367.60** | **1,016.76** |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Supplemental Life | 16 11 | 48 33 |
| Union Dues - B&T BTO | 30 00 | 90 00 |
| AFLAC - After Tax | 35 19 | 105 57 |
| **TOTAL:** | **81.30** | **243.90** |

| TOTAL: | | | | | 6,683.64 | | 20,032.18 |

| Taxable Earnings | Current | YTD | Taxable Benefit | Current | YTD |
|---|---|---|---|---|---|
| NYS Taxable Earnings | 6,316 04 | 19,015 42 | | | |
| Federal Taxable Earnings | 6,316 04 | 19,015 42 | | | |

**Leave Balance / PTO**  as of 01/16/19

| | Hours |
|---|---|
| Sick | 1142 00 |
| Current Vacation | 48 00 |
| Paid Holiday | 8 00 |
| Accrued Vacation | 205 00 |

**NET PAY DISTRIBUTION**

Advice #000                    $4,047 16

TOTAL:                         $4,047.16

MESSAGE:

---

**Bridges and Tunnels**
2 Broadway
New York, NY  10004

**Deposit Amount:**   $4,047.16

**To the Account(s) Of**   EDWARD J KALANZ

Location: OPS/MB/O

Date:   01/30/19

Advice No.   213045

**DIRECT DEPOSIT DISTRIBUTION**

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | | $4,047 16 |
| Total: | | $4,047.16 |

**NON-NEGOTIABLE**

**Bridges and Tunnels**
2 Broadway
New York, NY 10004

| | | |
|---|---|---|
| Pay Group: | BWK-B&T Biweekly | Business Unit: BRTUN |
| Pay Begin Date: | 01/31/19 | Advice #: 000000000 |
| Pay End Date: | 02/13/19 | Advice Date: 02/13/19 |

Edward J Kalanz
685 Carlls Path, Apt 2
Deer Park, NY 11729
Employee ID:
Agency Empl ID:

Department: 1040901000-OPS/Marine Parkway Operations
Location: Marine Parkway Bridge
Pay Rate: $65,037 00 Annually
Pension #:
Pen Gross: $6,048 32  YTD: $24,534 85

| TAX DATA: | Federal | NY State | Local |
|---|---|---|---|
| Marital Status: | Single | Single | |
| Allowances: | 0 | 0 | |
| Addl Pct: | | | |
| Addl Amt: | | | |

### HOURS AND EARNINGS

| Description | Begin D (Prior Period) | End Date | Rate | Hours (Current) | Earnings (Current) | Hours (YTD) | Earnings (YTD) |
|---|---|---|---|---|---|---|---|
| Regular | | | 22 272939 | 112 00 | 2,494 57 | 448 00 | 9,978 28 |
| OT 1 50 | 01/03/19 | 01/16/19 | 53 394917 | 40 00 | 2,135 80 | 163 50 | 8,730 07 |
| Diff OT1 5 | 01/03/19 | 01/16/19 | 5 341051 | 9 00 | 48 07 | 59 00 | 315 12 |
| Diff OT2 0 | 01/03/19 | 01/16/19 | 7 120659 | 10 00 | 71 21 | 30 00 | 213 62 |
| Diff Earns | 01/03/19 | 01/16/19 | 3 561443 | 45 00 | 160 26 | 149 00 | 530 65 |
| OT 2 0 | 01/03/19 | 01/16/19 | 71 150904 | 16 00 | 1,138 41 | 67 00 | 4,767 11 |
| B&T UNI | | | | | 0 00 | | 1,545 65 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 1,112 62 | 4,764 00 |
| Fed MED/EE | 87 70 | 378 17 |
| Fed OASDI/EE | 374 99 | 1,616 99 |
| NYS Withholdng | 356 78 | 1,524 89 |
| **TOTAL:** | **1,932.09** | **8,284.05** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| RetirementPlanAddl 5 5% | 332 66 | 1,349 42 |
| **TOTAL:** | **332.66** | **1,349.42** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Supplemental Life | 16 11 | 64 44 |
| Union Dues - B&T BTO | 30 00 | 120 00 |
| AFLAC - After Tax | 35 19 | 140 76 |
| **TOTAL:** | **81.30** | **325.20** |

| TOTAL: | | Current: 6,048.32 | YTD: 26,080.50 |
|---|---|---|---|

| Taxable Earnings | Current | YTD | Taxable Benefit | Current | YTD |
|---|---|---|---|---|---|
| NYS Taxable Earnings | 5,715 66 | 24,731 08 | | | |
| Federal Taxable Earnings | 5,715 66 | 24,731 08 | | | |

| Leave Balance / PTO | as of 01/30/19 | Hours |
|---|---|---|
| Sick | | 1142 00 |
| Current Vacation | | 8 00 |
| Paid Holiday | | 8 00 |
| Accrued Vacation | | 205 00 |

### NET PAY DISTRIBUTION

Advice #00000000                 $3,702 27

**TOTAL:**                            $3,702.27

MESSAGE:

---

**Bridges and Tunnels**
2 Broadway
New York, NY 10004

**Deposit Amount:**   $3,702.27

**To the Account(s) Of**   EDWARD J KALANZ

Location: OPS/MB/O

Date: 02/13/19

Advice No. 214364

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | xxxxx | $3,702 27 |
| Total: | | $3,702.27 |

**NON-NEGOTIABLE**