USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEFFREY MERCADO, TYRONE PRINGLE, ADAM ROMAN, KEVIN KNOIS, and EDWARD KALANZ, on behalf of themselves and others similarly situated,

    Plaintiffs,

v.

METROPOLITAN TRANSPORTATION AUTHORITY and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,

    Defendants.

Civil Case No.: 1:20-cv-06533-AT

**PLAINTIFFS' NOTICE OF MOTION FOR PLAINTIFFS' MOTION
FOR CONDITIONAL CERTIFICATION OF A COLLECTIVE ACTION**

    Pursuant to 29 U.S.C. § 216(b), Plaintiffs Jeffrey Mercado, Tyrone Pringle, Adam Roman, Kevin Knois, and Edward Kalanz, by and through their undersigned counsel, Faruqi & Faruqi, LLP and Tilton Beldner LLP, hereby move the Court for an Order conditionally certifying the action as a collective action, directing that persons similarly situated to Plaintiffs be given notice of the pendency, and directing production of the names, addresses, email addresses, and phone numbers of potential plaintiffs on an expedited basis.

    In support of the instant motion, Plaintiffs submit the attached Memorandum of Law, the Declaration of Innessa M. Huot, the proposed Notice of Pendency to be distributed via regular mail (annexed to the Declaration of Innessa M. Huot ("Huot Decl.") as Ex. K), the proposed Notice of Pendency to be distributed via email (annexed to the Huot Decl. as Ex. L), the proposed Notice of Pendency to be distributed via text message (annexed to the Huot Decl. as Ex. M), the proposed Notice of Pendency to be posted in Defendants' workplace (annexed to the Huot Decl.

as Ex. N), and all accompanying exhibits, pleadings, papers, and records on file herein, and Plaintiffs may further rely on all matters of which judicial notice may be taken, any oral argument that may be presented, and other such matters the Court deems just and necessary.

    Accordingly, Plaintiffs respectfully request that the Court grant their Motion for Conditional Certification of a Collective Action.

Dated: September 2, 2020

DENIED, without prejudice to renewal in a motion that complies with Rule III(A) of the Court's Individual Practices in Civil Cases.

SO ORDERED.

Dated:  September 3, 2020
        New York, New York

_____
ANALISA TORRES
United States District Judge