```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

WAYNE JOSEPH, SCOTT DENLEY, ANTHONY BARBATO, BRYAN WALSH, LATORIA BOSLEY, and DARNELL EASON, on behalf of all persons similarly situated,

                                Plaintiffs,

      -against-

METROPOLITAN TRANSPORTATION AUTHORITY and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,

                                Defendants.

JEFFREY MERCADO, TYRONE PRINGLE, ADAM ROMAN, KEVIN KNOIS, and EDWARD KALANZ, on behalf of themselves and others similarly situated,

                                Plaintiffs,

      -against-

METROPOLITAN TRANSPORTATION AUTHORITY and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,

                                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/4/2020__

20 Civ. 5776 (AT)

20 Civ. 6533 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On August 27, 2020, Defendants in the above-captioned actions submitted a letter seeking leave to file a motion to consolidate the actions. No. 20 Civ. 5776, ECF No. 12; No. 20 Civ. 6533, ECF No. 24. On September 3, 2020, Plaintiffs in each action filed a response. No. 20 Civ. 5776, ECF No. 25; No. 20 Civ. 6533, ECF No. 38. It is ORDERED that:

1. Defendants' request for a pre-motion conference is DENIED;
2. By **September 21, 2020**, Defendants shall file their motion to consolidate;
3. By **October 5, 2020**, Plaintiffs shall file their oppositions;
4. Defendants' deadlines to answer or otherwise respond to the complaints are suspended until further notice. The Court will extend the applicable deadlines upon resolution of the consolidation motion.

      SO ORDERED.

Dated: September 4, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge