UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY MERCADO, TYRONE PRINGLE, ADAM ROMAN, KEVIN KNOIS, and EDWARD KALANZ, on behalf of themselves and others similarly situated,

                Plaintiffs,

-against-

METROPOLITAN TRANSPORTATION AUTHORITY and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/23/2020_

20 Civ. 6533 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendants' letter dated September 22, 2020. ECF No. 62. It is hereby ORDERED that Plaintiffs shall file any surreply by **September 29, 2020**.

    SO ORDERED.

Dated: September 23, 2020
       New York, New York

                              ANALISA TORRES
                          United States District Judge