```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY MERCADO, TYRONE PRINGLE, ADAM ROMAN, KEVIN KNOIS, and EDWARD KALANZ, on behalf of themselves and others similarly situated,

                    Plaintiffs,

-against-

METROPOLITAN TRANSPORTATION AUTHORITY and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,

                    Defendants.

20 Civ. 6533 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On September 15, 2020, Defendants moved to stay briefing on Plaintiffs' motion for conditional class certification pending a resolution on Defendants' motion to consolidate this case with *Joseph, et al. v. Metropolitan Transportation Authority, et al.*, No. 20 Civ. 5776. ECF No. 51; *see also* ECF No. 62. Plaintiffs oppose this request, arguing that any delay in conditionally certifying the class would delay providing potential class members with notice. ECF Nos. 61, 68.

      Certifying a conditional class under the Fair Labor Standards Act "authorizes [Plaintiffs] to send notice to potential collective action members," facilitating prompt notice and efficient discovery. *Ramos v. PJJK Rest. Corp.*, No. 15 Civ. 5672, 2016 WL 1106373, at *2 (S.D.N.Y. Mar. 10, 2016). Defendants have not presented any persuasive reason to delay a determination that would initiate that process until after the Court has ruled on consolidation.

      Accordingly, Defendants' request to stay briefing is DENIED.

      SO ORDERED.

Dated: September 30, 2020
       New York, New York

                                              ANALISA TORRES
                                          United States District Judge