```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY MERCADO, TYRONE PRINGLE, ADAM ROMAN, KEVIN KNOIS, and EDWARD KALANZ, on behalf of themselves and others similarly situated,

Plaintiffs,

v.

METROPOLITAN TRANSPORTATION AUTHORITY and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,

Defendants.

Civil Case No.: 1:20-cv-06533-AT

**MOTION TO WITHDRAW AS COUNSEL**

Undersigned counsel for Plaintiffs respectfully requests that the Court enter an order granting leave to withdraw Patrick J. Collopy, who is no longer employed at Faruqi & Faruqi LLP as counsel for Plaintiffs in the above-captioned matter. The remaining undersigned counsel of Faruqi & Faruqi LLP as well as counsel from Tilton Beldner LLP who have filed a Notice to Appear on behalf of Plaintiffs will continue to represent Plaintiffs in this matter.

WHEREFORE, undersigned counsel respectfully requests that the Court enter an order permitting Patrick J. Collopy to withdraw as counsel for Plaintiffs in this matter.

Dated: September 29, 2021

GRANTED.

SO ORDERED.

Dated: September 30, 2021
        New York, New York

_____
ANALISA TORRES
United States District Judge