

NEW YORK        CALIFORNIA

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/2022
```

**Innessa M. Huot**
ihuot@faruqilaw.com

September 8, 2022

**VIA ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York, 10007

Re:   *Mercado et al. v. Metropolitan Transportation Authority et al.*, No. 1:20-cv-6533

Dear Judge Torres:

We represent Plaintiffs in the above-referenced action and write pursuant to the Court's June 22, 2022 Order and Section 1(C) of Your Honor's Individual Rules and Practices, to respectfully request an extension of the parties' deadline to submit a Settlement to the Court for approval. *See* ECF No. 118.

The parties have reached an agreement in principle to resolve Plaintiffs' claims. The parties are working diligently to finalize the terms of the settlement and the settlement-related papers and are coordinating with the New York City Employees' Retirement System ("NYCERS") regarding the designation of the pensionable portions of the payments for each of the 461 Plaintiffs and opt-in Plaintiffs. Accordingly, Plaintiffs respectfully request a 45-day extension, from September 19, 2022 to November 3, 2022, to submit a finalized settlement to the Court for approval, and request that the Court adjourn all other deadlines in the interim. Defendants consent to the request.

This is Plaintiffs' first request for an extension.

We thank the Court for its time and attention to this matter.

GRANTED.

SO ORDERED.

Dated: September 9, 2022
       New York, New York

**ANALISA TORRES**
United States District Judge