

NEW YORK    CALIFORNIA

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/2022
```

**Innessa M. Huot**
ihuot@faruqilaw.com

October 21, 2022

**VIA ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
40 Foley Square
New York, New York, 10007

      Re:    *Mercado et al. v. Metropolitan Transportation Authority et al.* 1:20-cv-06533

Dear Judge Torres:

      We represent Plaintiffs in the above-referenced action and write pursuant to the Court's September 9, 2022 Order and Section 1(C) of Your Honor's Individual Rules and Practices, to respectfully request a brief three (3) week extension of the parties' deadline to submit a Settlement to the Court for approval. See ECF No. 120.

      The parties have reached an agreement in principle to resolve Plaintiffs' claims. The parties have been working diligently to finalize the terms of the settlement and the settlement-related papers and are coordinating with the New York City Employees' Retirement System ("NYCERS") regarding the designation of the pensionable portions of the payments for each of the 461 Plaintiffs and opt-in Plaintiffs. NYCERS recently provided its final calculations and data figures for all such designations for all Plaintiffs and opt-in Plaintiffs. Undersigned counsel needs time to review these calculations and confirm the designations with the clients.

      As such, Plaintiffs respectfully request a brief three (3) week extension, from November 3, 2022 to November 24, 2022, to submit a finalized settlement to the Court for approval, and request that the Court adjourn all other deadlines in the interim. This is Plaintiffs' second request for an extension of this deadline. Defendants consent to the request.

      We thank the Court for its time and attention to this matter.

GRANTED.

SO ORDERED.

Dated: October 25, 2022
      New York, New York

_____
ANALISA TORRES
United States District Judge