**FARUQI & FARUQI, LLP**

NEW YORK        CALIFORNIA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2022

**Innessa M. Huot**
ihuot@faruqilaw.com

November 18, 2022

**VIA ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York, 10007

Re:   *Mercado et al. v. Metropolitan Transportation Authority et al.*, No. 1:20-cv-6533

Dear Judge Torres:

We represent Plaintiffs and write jointly with Defendants to request a brief 2-week extension of the parties' deadline to submit a Settlement to the Court for approval, from November 24, 2022 to December 9, 2022. ECF No. 122.

The current deadline for the submission falls on Thanksgiving Day and certain key individuals are traveling for the holidays. The parties need a few extra days to confer with their respective clients about the settlement papers before submitting final versions to the Court.

The parties make this request jointly. This is the parties' third request for an extension of this deadline. The parties believe that no further extensions will be needed.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Innessa M. Huot

Cc:    Counsel of Record (*via* ECF)


GRANTED.

SO ORDERED.

Dated: November 18, 2022
       New York, New York

ANALISA TORRES
United States District Judge