UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY MERCADO, TYRONE PRINGLE, ADAM ROMAN, KEVIN KNOIS, and EDWARD KALANZ, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>METROPOLITAN TRANSPORTATION AUTHORITY and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,<br><br>Defendants. | Civil Case No.: 1:20-cv-06533-AT |

**STIPULATION AND [PROPOSED] ORDER APPROVING THE SETTLEMENT AND DISMISSING THE CASE**

IT IS HEREBY STIUPLATED AND AGREED by and between the parties, and Ordered by the Court that:

(a)  Having reviewed the terms of the parties' resolution of this matter, the Court finds that the parties' settlement of the claims under the Fair Labor Standards Act is fair and reasonable in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and directs the Clerk to enter this document;

(b)  The above-captioned action and all causes of action that were asserted therein, including all claims under the Fair Labor Standards Act, are dismissed *with prejudice* pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and without costs, disbursements, or attorneys' fees to any party, except as provided for in the parties' Settlement Agreement; and

(c)  The Court shall retain jurisdiction of this matter for the sole purposes of enforcing the parties' settlement.

1

Dated: December 9, 2022  
New York, New York

**FARUQI & FARUQI, LLP**

By: _____

Innessa M. Huot  
Alex J. Hartzband  
Camilo M. Burr  
685 Third Avenue, 26th Floor  
New York, New York 10017  
Tel: 212-983-9330  
Fax: 212-983-9331  
Email: ihuot@faruqilaw.com  
ahartzband@faruqilaw.com  
cburr@faruqilaw.com

**TILTON BELDNER LLP**

Josh Beldner  
Eric S. Tilton  
626 RXR Plaza  
Uniondale, NY 11556  
Telephone: (631) 629-5291  
Facsimile: (516) 324-2170  
Email: jbeldner@tiltonbeldner.com  
etilton@tiltonbeldner.com

*Attorneys for Plaintiffs and the FLSA Collective*

Dated: December 9, 2022  
New York, New York

**PROSKAUER ROSE, LLP**

By: _____

Steven D. Hurd  
Joshua S. Fox  
Eleven Times Square  
New York, NY 10036  
Tel: 212-969-3000  
Fax: 212-969-2900  
Email: shurd@proskauer.com  
jfox@proskauer.com

*Attorneys for Defendants*

SO ORDERED,

_____  
The Honorable Analisa Torres

2