

NEW YORK        CALIFORNIA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/2023

**Innessa M. Huot**
ihuot@faruqilaw.com

May 30, 2023

**VIA ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York, 10007

Re:   <u>Mercado et al. v. Metropolitan Transportation Authority et al.</u>, No. 1:20-cv-6533

Dear Judge Torres:

We represent Plaintiffs in the above-referenced action and write pursuant to the Court's May 15, 2023 Order and Section 1(C) of Your Honor's Individual Rules and Practices, to respectfully request a brief three (3) day extension of the parties' deadline to submit a revised letter and Settlement to the Court for approval. *See* ECF No. 128.

Plaintiffs' counsel needs additional time to have their clients review and execute the updated Settlement Agreement. Accordingly, Plaintiffs respectfully request an extension until the end of this week, from May 30, 2023 to June 2, 2023, to submit a revised letter and Settlement to the Court for approval. Defendants consent to the instant request.

This is Plaintiffs' first request for an extension.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Innessa M. Huot

Cc:   Counsel of Record (*via* ECF)

GRANTED.

SO ORDERED.

Dated: May 30, 2023
       New York, New York

ANALISA TORRES
United States District Judge