**FARUQI & FARUQI**

NEW YORK        CALIFORNIA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/2023

**Innessa M. Huot**
ihuot@faruqilaw.com

June 2, 2023

**VIA ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York, 10007

Re:   *Mercado et al. v. Metropolitan Transportation Authority et al.*, No. 1:20-cv-6533

Dear Judge Torres:

We represent Plaintiffs in the above-referenced action and write to respectfully request a brief two (2) business-day extension of the parties' June 2, 2023 deadline to submit a revised letter and Settlement to the Court for approval. ECF No. 130.

The Court previously noted that Plaintiffs did not submit certain documentation in support of their request to approve the Settlement. ECF No. 128. Plaintiffs' counsel was in the process of compiling these records to be filed today with a revised *Cheeks* letter. However, the head of the Firm's Accounts department had an unexpected family emergency that required her to leave immediately. This individual will return on Tuesday, June 6, 2023 and will provide the relevant records.

As such, Plaintiffs respectfully request that they be permitted to file their revised letter and Settlement papers on Tuesday, June 6, 2023. Defendants consent to this request

This is Plaintiffs' second request for an extension. The Court granted Plaintiffs' first request for a three (3) day extension to provide Plaintiffs additional time to review and execute the Settlement Agreement. ECF No. 130.

We thank the Court for its time and attention to this matter.

GRANTED.

SO ORDERED.

Dated: June 5, 2023
New York, New York

*[signature]*

ANALISA TORRES
United States District Judge