# EXHIBIT B

## Time Detail

| | | |
|---|---|---|
| Time Period: | 9/2/2017 - 8/13/2021 | Data Up to Date: 8/13/2021 10:24:24 AM |
| Query: | Previously Selected Employee(s) | Executed on: 8/13/2021 10:24 GMT-04:00 |
| Actual/Adjusted: | Show hours worked in this period only. | Printed for: jkaraasl |
| | | Insert Page Break After Each Employee: No |

| Employee: | Mercado, Jeffrey | ID: Redacted | Time Zone: | Eastern |
|---|---|---|---|---|
| Status: | Active | Status Date: 7/7/2015 | Pay Rule: | BTO |
| Primary Account | | Start  End | | |
| 1041101000/175/75/./70708/./. | | 3/22/2012  Forever | | |

| Date/Time | Apply To | In Punch | In Exc | Out Punch | Out Exc | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Xfr/Move: Account* | | *Comment* | | *Xfr:  Work Rule* | | | | | | | |
| 9/2/2017 | 6:50 AM | | RDO | | | | 8.00 | | | | 8.00 |
| 9/2/2017 | | 6:32:00 PM | | 10:50:00 PM | | | | | | 4.00 | 12.00 |
| *//03////A00001* | | | | *BTO UNSCHED BA PAY* | | | | | | | |
| 9/2/2017 | | 10:50:00 PM | | 6:50:00 AM | | | | | | 8.00 | 20.00 |
| *//03////A00001* | | | | *BTO UNSCHED PAY FT* | | | | | | | |
| 9/3/2017 | - | 6:50:00 AM | | 10:50:00 AM | | | | | | 4.00 | 24.00 |
| *//03////A00001* | | | | *BTO UNSCHED BA PAY* | | | | | | | |
| | | *O: Adjusted Punch - Excused Late In* | | | | | | | | | |
| 9/3/2017 | 6:50 AM | | RDO | | | | 8.00 | | | | 32.00 |
| 9/3/2017 | + | 9:36:00 PM | | 6:06:00 AM | | | | | | 8.00 | 40.00 |
| 9/4/2017 | + | 9:29:00 PM | | 6:04:00 AM | | | | | | 8.00 | 48.00 |
| 9/5/2017 | + | 9:20:00 PM | | 9:50:00 PM | | | | | | 0.50 | 48.50 |
| | | | | *NOT APPROVED* | | | | | | | |
| 9/5/2017 | + | 9:50:00 PM | | 6:01:00 AM | | | | | | 8.00 | 56.50 |
| *//75////* | | | | | | | | | | | |
| | | | | *BTO SCHED* | | | | | | | |
| 9/6/2017 | | 7:20:00 AM | | 11:20:00 AM | | | | | | 4.00 | 60.50 |
| *//75////P00001* | | | | *BTO UNSCHED BA PAY* | | | | | | | |
| | | *I: Missed Punch - Court* | | | | | | | | | |
| | | *O: Missed Punch - Court* | | | | | | | | | |
| 9/6/2017 | + | 9:41:00 PM | | 6:15:00 AM | | | | | | 8.00 | 68.50 |
| 9/8/2017 | 6:50 AM | | RDO | | | | 8.00 | | | | 76.50 |
| 9/8/2017 | + | 9:29:00 PM | | 5:55:00 AM | | | | | | 8.00 | 84.50 |
| 9/10/2017 | 12:00 AM | PAID HOL HRS | | | | | 8.00 | | | | |
| 9/10/2017 | 12:00 AM | PAID HOLIDAY | | | | | 8.00 | | | | 92.50 |
| 9/10/2017 | + | 9:27:00 PM | | 11:50:00 PM | | | | | | 2.00 | 94.50 |
| *//75////* | | | | | | | | | | | |
| | | | | *BTO SCHED* | | | | | | | |
| 9/10/2017 | + | 11:50:00 PM | | 12:50:00 AM | | | | | | 1.00 | 95.50 |

# Time Detail

| | | |
|---|---|---|
| Time Period: | 9/2/2017 - 8/13/2021 | |
| Query: | Previously Selected Employee(s) | |
| Actual/Adjusted: | Show hours worked in this period only. | |

| | |
|---|---|
| Data Up to Date: | 8/13/2021 10:24:24 AM |
| Executed on: | 8/13/2021 10:24 GMT-04:00 |
| Printed for: | jkaraasl |
| Insert Page Break After Each Employee: | No |

| Date/Time | Apply To | In Punch | In Exc | Out Punch | Out Exc | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Xfr/Move: Account* | | *Comment* | | *Xfr: Work Rule* | | | | | | | |
| //75////S00001 | | | | *BTO NO MEAL SCHED PAY* | | | | | | | |
| 9/11/2017 | | 12:50:00 AM | | 2:50:00 AM | | | | | | 2.00 | 97.50 |
| //75//// | | | | *BTO SCHED* | | | | | | | |
| 9/11/2017 | | 2:50:00 AM | | 3:50:00 AM | | | | | | 1.00 | 98.50 |
| //75////S00001 | | | | *BTO NO MEAL SCHED PAY* | | | | | | | |
| 9/11/2017 | | 3:50:00 AM | | 5:52:00 AM | | | | | | 2.00 | 100.50 |
| //75//// | | | | *BTO SCHED* | | | | | | | |
| 9/11/2017 | | 8:50:00 AM | | 12:50:00 PM | | | | | | 4.00 | 104.50 |
| //75////P00001 | | | | *BTO UNSCHED BA PAY* | | | | | | | |
| | | I: Missed Punch - Court | | | | | | | | | |
| | | O: Missed Punch - Court | | | | | | | | | |
| 9/11/2017 | + | 9:37:00 PM | | 5:58:00 AM | | | | | | 8.00 | 112.50 |
| 9/12/2017 | + | 10:33:00 PM | | 6:50:00 AM | | | | | | 8.00 | 120.50 |
| //03////A00001 | | | | *BTO UNSCHED PAY FT* | | | | | | | |
| 9/13/2017 | | 6:50:00 AM | | 10:50:00 AM | | | | | | 4.00 | 124.50 |
| //03////A00001 | | | | *BTO UNSCHED BA PAY* | | | | | | | |
| 9/13/2017 | 6:50 AM | RDO | | | | | 8.00 | | | | 132.50 |
| 9/13/2017 | + | 10:32:00 PM | | 6:50:00 AM | | | | | | 8.00 | 140.50 |
| //03////A00001 | | | | *BTO UNSCHED TIME FT* | | | | | | | |
| 9/14/2017 | | 6:50:00 AM | | 10:58:00 AM | | | | | | 4.00 | 144.50 |
| //75////A00001 | | | | *BTO UNSCHED BA TIME* | | | | | | | |
| 9/14/2017 | 6:50 AM | RDO | | | | | 8.00 | | | | 152.50 |
| 9/14/2017 | 12:00 AM | RV OT TIME | | | | | 11.00 | | | | 163.50 |
| //03////A00001 | | | | | | | | | | | |
| 9/14/2017 | 12:00 AM | VAC RECOVERED | | | | | 18.00 | | | | 181.50 |
| 9/15/2017 | 6:50 AM | VACATION | | | | | 8.00 | | | | 189.50 |
| 9/15/2017 | 6:50 AM | VACATION HRS | | | | | 8.00 | | | | |
| 9/16/2017 | 6:50 AM | VACATION | | | | | 8.00 | | | | 197.50 |
| 9/16/2017 | 6:50 AM | VACATION HRS | | | | | 8.00 | | | | |
| 9/17/2017 | 6:50 AM | VACATION | | | | | 8.00 | | | | 205.50 |
| 9/17/2017 | 6:50 AM | VACATION HRS | | | | | 8.00 | | | | |

## Time Detail

| | | |
|---|---|---|
| Time Period: | 9/2/2017 - 8/13/2021 | |
| Query: | Previously Selected Employee(s) | |
| Actual/Adjusted: | Show hours worked in this period only. | |

| | |
|---|---|
| Data Up to Date: | 8/13/2021 10:24:24 AM |
| Executed on: | 8/13/2021 10:24 GMT-04:00 |
| Printed for: | jkaraasl |
| Insert Page Break After Each Employee: | No |

| Date/Time | Apply To | In Punch | In Exc | Out Punch | Out Exc | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Xfr/Move: Account | | | Comment | | Xfr: Work Rule | | | | | | |
| 9/18/2017 | 6:50 AM | | VACATION | | | | 8.00 | | | | 213.50 |
| 9/18/2017 | 6:50 AM | | VACATION HRS | | | | 8.00 | | | | |
| 9/19/2017 | 6:50 AM | | RDO | | | | 8.00 | | | | 221.50 |
| 9/20/2017 | 6:50 AM | | VACATION | | | | 8.00 | | | | 229.50 |
| 9/20/2017 | 6:50 AM | | VACATION HRS | | | | 8.00 | | | | |
| 9/20/2017 | + | 9:39:00 PM | | 6:06:00 AM | | | | | | 8.00 | 237.50 |
| 9/21/2017 | + | 9:35:00 PM | | 5:50:00 AM | | | | | | 8.00 | 245.50 |
| //75//// | | | | | BTO SCHED | | | | | | |
| 9/22/2017 | | 5:50:00 AM | | 7:30:00 AM | | | | | | 1.50 | 247.00 |
| //75////A00001 | | | | | BTO AFTER PAY | | | | | | |
| 9/22/2017 | + | 10:36:00 PM | | 2:50:00 AM | | | | | | 4.00 | 251.00 |
| //03////A00001 | | | | | BTO UNSCHED PAY FT | | | | | | |
| 9/23/2017 | | 2:50:00 AM | | 3:50:00 AM | | | | | | 1.00 | 252.00 |
| //03////S00001 | | | | | BTO NO MEAL UNSCHED PAY | | | | | | |
| 9/23/2017 | | 3:50:00 AM | | 6:50:00 AM | | | | | | 3.00 | 255.00 |
| //03////A00001 | | | | | BTO UNSCHED BA PAY | | | | | | |
| 9/23/2017 | | 6:50:00 AM | | 3:07:00 PM | | | | | | 8.00 | 263.00 |
| //03////A00001 | | | | | BTO UNSCHED PAY FT | | | | | | |
| 9/23/2017 | 6:50 AM | | RDO | | | | 8.00 | | | | 271.00 |
| 9/23/2017 | + | 6:50:00 PM | | 10:50:00 PM | | | | | | 4.00 | 275.00 |
| | | | EV[Marked as Reviewed] | | | | | | | | |
| //03////P00001 | | | | | BTO UNSCHED BA PAY | | | | | | |
| | | | I: Missed Punch - Forgot to Punch | | | | | | | | |
| 9/23/2017 | + | 10:50:00 PM | | 11:50:00 PM | | | | | | 1.00 | 276.00 |
| //03////P00001 | | | | | BTO UNSCHED BA PAY | | | | | | |
| 9/23/2017 | + | 11:50:00 PM | | 12:50:00 AM | | | | | | 1.00 | 277.00 |
| //03////S00001 | | | | | BTO NO MEAL UNSCHED PAY | | | | | | |
| 9/24/2017 | | 12:50:00 AM | | 2:50:00 AM | | | | | | 2.00 | 279.00 |
| //03////P00001 | | | | | | | | | | | |

## Time Detail

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Time Period: | 9/2/2017 - 8/13/2021 | | | | | Data Up to Date: | | 8/13/2021 10:24:24 AM | | |
| Query: | Previously Selected Employee(s) | | | | | Executed on: | | 8/13/2021 10:24 GMT-04:00 | | |
| Actual/Adjusted: | Show hours worked in this period only. | | | | | Printed for: | | jkaraasl | | |
| | | | | | | Insert Page Break After Each Employee: | | No | | |

| Date/Time | Apply To | In Punch | In Exc | Out Punch | Out Exc | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Xfr/Move: Account | | Comment | | | Xfr: Work Rule | | | | | | |
| | | | | | *BTO UNSCHED BA PAY* | | | | | | |
| 9/24/2017 | | 2:50:00 AM | | 3:50:00 AM | | | | | | 1.00 | 280.00 |
| //03////S00001 | | | | | | | | | | | |
| | | | | | *BTO NO MEAL UNSCHED PAY* | | | | | | |
| 9/24/2017 | | 3:50:00 AM | | 6:50:00 AM | | | | | | 3.00 | 283.00 |
| //03////P00001 | | | | | | | | | | | |
| | | | | | *BTO UNSCHED BA PAY* | | | | | | |
| 9/24/2017 | | 6:50:00 AM | | 12:55:00 PM | | | | | | 6.00 | 289.00 |
| | | | | | LE[Marked as Reviewed] | | | | | | |
| //03////S00001 | | | | | | | | | | | |
| | | | | | *BTO ADVANCED HOURS* | | | | | | |
| 9/24/2017 | 6:50 AM | RDO | | | | | 8.00 | | | | 297.00 |
| 9/25/2017 | 12:00 AM | PAID HOL HRS | | | | | 8.00 | | | | |
| 9/25/2017 | 12:00 AM | PAID HOLIDAY | | | | | 8.00 | | | | 305.00 |
| 9/26/2017 | 12:00 AM | ADVANCED TOUR | | | | | 8.00 | | | | 313.00 |
| 9/26/2017 | + | 9:32:00 PM | | 5:50:00 AM | | | | | | 8.00 | 321.00 |
| 9/27/2017 | | 5:50:00 AM | | 7:20:00 AM | | | | | | 1.50 | 322.50 |
| | | | | | *NOT APPROVED* | | | | | | |
| 9/27/2017 | + | 9:34:00 PM | | 5:53:00 AM | | | | | | 8.00 | 330.50 |
| 9/29/2017 | 6:50 AM | RDO | | | | | 8.00 | | | | 338.50 |
| 9/29/2017 | + | 10:22:00 PM | | 7:10:00 AM | | | | | | 8.00 | 346.50 |
| 10/1/2017 | 12:00 AM | SICK | | | | | 8.00 | | | | |
| 10/1/2017 | 12:00 AM | SICK HRS | | | | | 8.00 | | | | 354.50 |
| 10/2/2017 | 12:00 AM | SICK | | | | | 8.00 | | | | |
| 10/2/2017 | 12:00 AM | SICK HRS | | | | | 8.00 | | | | 362.50 |
| 10/3/2017 | 12:00 AM | SICK | | | | | 8.00 | | | | |
| 10/3/2017 | 12:00 AM | SICK HRS | | | | | 8.00 | | | | 370.50 |
| 10/3/2017 | + | 9:18:00 PM | | 9:50:00 PM | | | | | | 0.50 | 371.00 |
| | | | | | *NOT APPROVED* | | | | | | |
| 10/3/2017 | + | 9:50:00 PM | | 5:54:00 AM | | | | | | 8.00 | 379.00 |
| //75////P00001 | | | | | | | | | | | |
| | | | | | *BTO UNSCHED PAY FT* | | | | | | |
| 10/4/2017 | 6:50 AM | RDO | | | | | 8.00 | | | | 387.00 |
| 10/5/2017 | 6:50 AM | RDO | | | | | 8.00 | | | | 395.00 |
| 10/5/2017 | + | 9:38:00 PM | | 5:51:00 AM | | | | | | 8.00 | 403.00 |
| 10/6/2017 | + | 9:41:00 PM | | 5:50:00 AM | | | | | | 8.00 | 411.00 |
| //75//// | | | | | | | | | | | |
| | | | | | *BTO SCHED* | | | | | | |
| 10/7/2017 | | 5:50:00 AM | | 2:15:00 PM | | | | | | 8.00 | 419.00 |
| //75////A00001 | | | | | | | | | | | |

Time Detail

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Time Period: | 9/2/2017 - 8/13/2021 | | | | | Data Up to Date: | | 8/13/2021 10:24:24 AM | |
| Query: | Previously Selected Employee(s) | | | | | Executed on: | | 8/13/2021 10:24 GMT-04:00 | |
| Actual/Adjusted: | Show hours worked in this period only. | | | | | Printed for: | | jkaraasl | |
| | | | | | | Insert Page Break After Each Employee: | | | No |

| Date/Time | Apply To | In Punch | In Exc | Out Punch | Out Exc | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Xfr/Move: Account | | Comment | | | Xfr: Work Rule | | | | | | |

| Date/Time | Apply To | In Punch | In Exc | Out Punch | Out Exc | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | BTO 1 MEAL PAY | | | | | | |
| 10/7/2017 + | | 9:23:00 PM | | 12:50:00 AM | | | | | | 3.00 | 422.00 |
| //75///// | | | | | | | | | | | |
| | | | | | BTO SCHED | | | | | | |
| 10/8/2017 | | 12:50:00 AM | | 1:50:00 AM | | | | | | 1.00 | 423.00 |
| //75/////S00001 | | | | | | | | | | | |
| | | | | | BTO NO MEAL SCHED PAY | | | | | | |
| 10/8/2017 | | 1:50:00 AM | | 2:50:00 AM | | | | | | 1.00 | 424.00 |
| //75/////S00001 | | | | | | | | | | | |
| | | | | | BTO NO MEAL SCHED PAY | | | | | | |
| 10/8/2017 | | 2:50:00 AM | | 5:50:00 AM | | | | | | 3.00 | 427.00 |
| //75///// | | | | | | | | | | | |
| | | | | | BTO SCHED | | | | | | |
| 10/8/2017 | | 5:50:00 AM | | 11:15:00 AM | | | | | | 5.00 | 432.00 |
| //75/////S00001 | | | | | | | | | | | |
| | | | | | BTO ADVANCED HOURS | | | | | | |
| 10/9/2017 | | 6:32:00 AM | | 2:50:00 PM | | | | | | 8.00 | 440.00 |
| //02/////A00001 | | | | | | | | | | | |
| | | | | | BTO UNSCHED PAY FT | | | | | | |
| 10/9/2017 6:50 AM | RDO | | | | | | 8.00 | | | | 448.00 |
| 10/9/2017 | | 2:50:00 PM | | 6:55:00 PM | | | | | | 4.00 | 452.00 |
| //02/////A00001 | | | | | | | | | | | |
| | | | | | BTO UNSCHED BA PAY | | | | | | |
| 10/9/2017 + | | 9:23:00 PM | | 6:06:00 AM | | | | | | 8.00 | 460.00 |
| //75/////A00001 | | | | | | | | | | | |
| | | | | | BTO UNSCHED PAY FT | | | | | | |
| 10/10/2017 6:50 AM | RDO | | | | | | 8.00 | | | | 468.00 |
| 10/11/2017 12:00 AM | ADVANCED TOUR | | | | | | 8.00 | | | | 476.00 |
| 10/11/2017 + | | 9:38:00 PM | | 1:50:00 AM | | | | | | 4.00 | 480.00 |
| //75///// | | | | | | | | | | | |
| | | | | | BTO SCHED | | | | | | |
| 10/12/2017 | | 1:50:00 AM | | 2:50:00 AM | | | | | | 1.00 | 481.00 |
| //75/////BSP031 | | | | | | | | | | | |
| | | | | | BTO NO MEAL SCHED PAY | | | | | | |
| 10/12/2017 | | 2:50:00 AM | | 5:50:00 AM | | | | | | 3.00 | 484.00 |
| //75///// | | | | | | | | | | | |
| | | | | | BTO SCHED | | | | | | |
| 10/12/2017 + | | 9:40:00 PM | | 5:50:00 AM | | | | | | 8.00 | 492.00 |
| //75///// | | | | | | | | | | | |

# Time Detail

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Data Up to Date: | | | | | | | 8/13/2021 10:24:24 AM | |
| Time Period: | 9/2/2017 - 8/13/2021 | | | | | Executed on: | 8/13/2021 10:24 GMT-04:00 | |
| Query: | Previously Selected Employee(s) | | | | | Printed for: | jkaraasl | |
| Actual/Adjusted: | Show hours worked in this period only. | | | | | Insert Page Break After Each Employee: | No | |

| Date/Time | Apply To | In Punch | In Exc | Out Punch | Out Exc | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Xfr/Move: Account | | Comment | | | Xfr: Work Rule | | | | | | |
| | | | | | BTO SCHED | | | | | | |
| 10/13/2017 | | 5:50:00 AM | | 6:24:00 AM | | | | | | 0.50 | 492.50 |
| //75////S00001 | | | | | | | | | | | |
| | | | | | BTO AFTER PAY | | | | | | |
| 10/14/2017 | 6:50 AM | RDO | | | | | 8.00 | | | | 500.50 |
| 10/15/2017 | 6:50 AM | RDO | | | | | 8.00 | | | | 508.50 |
| 10/16/2017 | 12:00 AM | PAID HOL HRS | | | | | 8.00 | | | | |
| 10/16/2017 | 12:00 AM | PAID HOLIDAY | | | | | 8.00 | | | | 516.50 |
| 10/16/2017 + | | 10:28:00 PM | | 7:08:00 AM | | | | | | 8.00 | 524.50 |
| 10/17/2017 + | | 10:24:00 PM | | 6:50:00 AM | | | | | | 8.00 | 532.50 |
| //75//// | | | | | | | | | | | |
| | | | | | BTO SCHED | | | | | | |
| 10/18/2017 | | 6:50:00 AM | | 7:23:00 AM | | | | | | 0.50 | 533.00 |
| //75////S00001 | | | | | | | | | | | |
| | | | | | BTO AFTER PAY | | | | | | |
| 10/18/2017 | | 7:50:00 AM | | 11:50:00 AM | | | | | | 4.00 | 537.00 |
| //75////S00001 | | | | | | | | | | | |
| | | | | | BTO UNSCHED BA PAY | | | | | | |
| | | I: Missed Punch - Court | | | | | | | | | |
| | | O: Missed Punch - Court | | | | | | | | | |
| 10/18/2017 + | | 10:26:00 PM | | 6:50:00 AM | | | | | | 8.00 | 545.00 |
| //75//// | | | | | | | | | | | |
| | | | | | BTO SCHED | | | | | | |
| 10/19/2017 | | 6:50:00 AM | | 8:00:00 AM | | | | | | 1.00 | 546.00 |
| //75////S00001 | | | | | | | | | | | |
| | | | | | BTO AFTER PAY | | | | | | |
| 10/20/2017 | 6:50 AM | RDO | | | | | 8.00 | | | | 554.00 |
| 10/21/2017 | 6:50 AM | VACATION | | | | | 8.00 | | | | 562.00 |
| 10/21/2017 | 6:50 AM | VACATION HRS | | | | | 8.00 | | | | |
| 10/22/2017 | 6:50 AM | VACATION | | | | | 8.00 | | | | 570.00 |
| 10/22/2017 | 6:50 AM | VACATION HRS | | | | | 8.00 | | | | |
| 10/23/2017 | 6:50 AM | VACATION | | | | | 8.00 | | | | 578.00 |
| 10/23/2017 | 6:50 AM | VACATION HRS | | | | | 8.00 | | | | |
| 10/24/2017 | 6:50 AM | VACATION | | | | | 8.00 | | | | 586.00 |
| 10/24/2017 | 6:50 AM | VACATION HRS | | | | | 8.00 | | | | |
| 10/24/2017 + | | 10:32:00 PM | | 7:05:00 AM | | | | | | 8.00 | 594.00 |
| //01////A00001 | | | | | | | | | | | |
| | | | | | BTO UNSCHED PAY FT | | | | | | |
| 10/25/2017 | 6:50 AM | RDO | | | | | 8.00 | | | | 602.00 |
| 10/26/2017 | 6:50 AM | RDO | | | | | 8.00 | | | | 610.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Time Detail** | | | | | Data Up to Date: | | 8/13/2021 10:24:24 AM | | |
| Time Period: | 9/2/2017 - 8/13/2021 | | | | Executed on: | | 8/13/2021 10:24 GMT-04:00 | | |
| Query: | Previously Selected Employee(s) | | | | Printed for: | | jkaraasl | | |
| Actual/Adjusted: | Show hours worked in this period only. | | | | Insert Page Break After Each Employee: | | No | | |

| Date/Time | Apply To | In Punch | In Exc | Out Punch | Out Exc | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Xfr/Move: Account | | Comment | | | Xfr: Work Rule | | | | | | |
| 10/26/2017 + | | 9:40:00 PM | | 5:50:00 AM | | | | | | 8.00 | 618.00 |
| 10/27/2017 | | 5:50:00 AM | | 6:30:00 AM | | | | | | 0.50 | 618.50 |
| | | | | | NOT APPROVED | | | | | | |
| 10/28/2017 12:00 AM | PAID HOL HRS | | | | | | 8.00 | | | | |
| 10/28/2017 12:00 AM | PAID HOLIDAY | | | | | | 8.00 | | | | 626.50 |
| 10/29/2017 12:00 AM | EPB | | | | | | 1.00 | | | | 627.50 |
| 10/29/2017 12:00 AM | EPB HRS | | | | | | 8.00 | | | | |
| | | See Note | | | | | | | | | |
| 10/29/2017 1:00 AM | AWOP | | | | | | 7.00 | | | | 634.50 |
| 10/30/2017 6:50 AM | RDO | | | | | | 8.00 | | | | 642.50 |
| 10/30/2017 + | | 9:40:00 PM | | 5:50:00 AM | | | | | | 8.00 | 650.50 |
| 10/31/2017 | | 5:50:00 AM | | 6:54:00 AM | | | | | | 1.00 | 651.50 |
| | | | | | NOT APPROVED | | | | | | |
| 10/31/2017 + | | 9:45:00 PM | | 5:50:00 AM | | | | | | 8.00 | 659.50 |
| ///75//// | | | | | | | | | | | |
| | | | | | BTO SCHED | | | | | | |
| 11/1/2017 | | 5:50:00 AM | | 6:26:00 AM | | | | | | 0.50 | 660.00 |
| ///75////P00001 | | | | | | | | | | | |
| | | | | | BTO AFTER PAY | | | | | | |
| 11/1/2017 | | 7:20:00 AM | | 11:20:00 AM | | | | | | 4.00 | 664.00 |
| ///75////P00001 | | | | | | | | | | | |
| | | | | | BTO UNSCHED BA PAY | | | | | | |
| | | I: Missed Punch - Court | | | | | | | | | |
| | | O: Missed Punch - Court | | | | | | | | | |
| 11/1/2017 + | | 9:43:00 PM | | 5:53:00 AM | | | | | | 8.00 | 672.00 |
| 11/2/2017 + | | 9:36:00 PM | | 5:50:00 AM | | | | | | 8.00 | 680.00 |
| ///75//// | | | | | | | | | | | |
| | | | | | BTO SCHED | | | | | | |
| 11/3/2017 | | 5:50:00 AM | | 6:22:00 AM | | | | | | 0.50 | 680.50 |
| ///75////BSE014 | | | | | | | | | | | |
| | | | | | BTO AFTER PAY | | | | | | |
| 11/3/2017 + | | 9:40:00 PM | | 5:50:00 AM | | | | | | 8.00 | 688.50 |
| ///75////BSE014 | | | | | | | | | | | |
| | | | | | BTO UNSCHED PAY FT | | | | | | |
| 11/4/2017 | | 5:50:00 AM | | 6:58:00 AM | | | | | | 1.00 | 689.50 |
| ///75////BSE014 | | | | | | | | | | | |
| | | | | | BTO UNSCHED BA PAY | | | | | | |
| 11/4/2017 6:50 AM | RDO | | | | | | 8.00 | | | | 697.50 |
| 11/4/2017 + | | 11:29:00 PM | | 1:50:00 AM | | | | | | 3.00 | 700.50 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Time Detail** | | | | | | Data Up to Date: | | 8/13/2021 10:24:24 AM | |
| Time Period: | 9/2/2017 - 8/13/2021 | | | | | Executed on: | | 8/13/2021 10:24 GMT-04:00 | |
| Query: | Previously Selected Employee(s) | | | | | Printed for: | | jkaraasl | |
| Actual/Adjusted: | Show hours worked in this period only. | | | | | Insert Page Break After Each Employee: | | No | |

| Date/Time | Apply To | In Punch | In Exc | Out Punch | Out Exc | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Xfr/Move: Account | | | Comment | | Xfr: Work Rule | | | | | | |
| //75//// | | | | | | | | | | | |
| | | | | | BTO SCHED | | | | | | |
| 11/5/2017 | | 1:50:00 AM | | 2:50:00 AM | | | | | | 1.00 | 701.50 |
| //75////BSE011 | | | | | | | | | | | |
| | | | | | BTO NO MEAL SCHED PAY | | | | | | |
| 11/5/2017 | | 2:50:00 AM | | 5:50:00 AM | | | | | | 3.00 | 704.50 |
| //75//// | | | | | | | | | | | |
| | | | | | BTO SCHED | | | | | | |
| 11/5/2017 | | 5:50:00 AM | | 6:50:00 AM | | | | | | 1.00 | 705.50 |
| //75////BSE011 | | | | | | | | | | | |
| | | | | | BTO NO MEAL UNSCHED BONUS PAY | | | | | | |
| 11/5/2017 | | 6:50:00 AM | | 7:50:00 AM | | | | | | 1.00 | 706.50 |
| //75//// | | | | | | | | | | | |
| | | | | | BTO SCHED | | | | | | |
| 11/5/2017 | | 7:50:00 AM | | 1:20:00 PM | | | | | | 5.50 | 712.00 |
| //75////BSE011 | | | | | | | | | | | |
| | | | | | BTO AFTER PAY | | | | | | |
| | | O: Daylight Savings Time | | | | | | | | | |
| 11/5/2017 | | 1:20:00 PM | | 2:21:00 PM | | | | | | 1.00 | 713.00 |
| //75////P00001 | | | | | | | | | | | |
| | | | | | BTO AFTER PAY | | | | | | |
| | | I: Daylight Savings Time | | | | | | | | | |
| 11/6/2017 6:50 AM | RDO | | | | | | 8.00 | | | | 721.00 |
| 11/6/2017 + | | 10:40:00 PM | | 7:12:00 AM | | | | | | 8.00 | 729.00 |
| 11/7/2017 + | | 10:39:00 PM | | 7:17:00 AM | | | | | | 8.00 | 737.00 |
| 11/8/2017 | | 7:20:00 AM | | 11:20:00 AM | | | | | | 4.00 | 741.00 |
| //75////P00001 | | | | | | | | | | | |
| | | | | | BTO UNSCHED BA PAY | | | | | | |
| | | I: Missed Punch - Court | | | | | | | | | |
| | | O: Missed Punch - Court | | | | | | | | | |
| 11/8/2017 + | | 10:32:00 PM | | 6:50:00 AM | | | | | | 8.00 | 749.00 |
| //75//// | | | | | | | | | | | |
| | | | | | BTO SCHED | | | | | | |
| 11/9/2017 | | 6:50:00 AM | | 7:43:00 AM | | | | | | 0.50 | 749.50 |
| //75////S00001 | | | | | | | | | | | |
| | | | | | BTO AFTER PAY | | | | | | |
| 11/10/2017 6:50 AM | RDO | | | | | | 8.00 | | | | 757.50 |
| 11/10/2017 + | | 10:38:00 PM | | 3:50:00 AM | | | | | | 5.00 | 762.50 |

# Time Detail

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Time Period: | 9/2/2017 - 8/13/2021 | | | Data Up to Date: | | 8/13/2021 10:24:24 AM | |
| Query: | Previously Selected Employee(s) | | | Executed on: | | 8/13/2021 10:24 GMT-04:00 | |
| Actual/Adjusted: | Show hours worked in this period only. | | | Printed for: | | jkaraasl | |
| | | | | Insert Page Break After Each Employee: | | No | |

| Date/Time Xfr/Move: Account | Apply To | In Punch Comment | In Exc | Out Punch Xfr: | Out Exc Work Rule | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ///75//// | | | | | | | | | | | |
| | | | | | BTO SCHED | | | | | | |
| 11/11/2017 | | 3:50:00 AM | | 4:50:00 AM | | | | | | 1.00 | 763.50 |
| ///75////S00001 | | | | | | | | | | | |
| | | | | | BTO NO MEAL SCHED PAY | | | | | | |
| 11/11/2017 | | 4:50:00 AM | | 6:50:00 AM | | | | | | 2.00 | 765.50 |
| ///75//// | | | | | | | | | | | |
| | | | | | BTO SCHED | | | | | | |
| 11/11/2017 | | 6:50:00 AM | | 1:20:00 PM | | | | | | 6.50 | 772.00 |
| ///75////P00001 | | | | | | | | | | | |
| | | | | | BTO ADVANCED HOURS | | | | | | |
| | | O: Missed Punch - Court | | | | | | | | | |
| 11/11/2017 | | 1:50:00 PM | | 10:09:00 PM | | | | | | 8.00 | 780.00 |
| ///75////P00001 | | | | | | | | | | | |
| | | | | | BTO UNSCHED PAY FT | | | | | | |
| | | I: Missed Punch - Forgot to Punch | | | | | | | | | |
| 11/12/2017 | 12:00 AM | ADVANCED TOUR | | | | | 8.00 | | | | 788.00 |
| 11/12/2017 | + | 1:39:00 PM | | 1:50:00 PM | | | | | | 0.00 | 788.00 |
| | | | | | NOT APPROVED | | | | | | |
| 11/12/2017 | + | 1:50:00 PM | | 9:50:00 PM | | | | | | 8.00 | 796.00 |
| ///75////P00001 | | | | | | | | | | | |
| | | | | | BTO 1 MEAL PAY | | | | | | |
| 11/12/2017 | + | 9:50:00 PM | | 6:09:00 AM | | | | | | 8.00 | 804.00 |
| ///75//// | | | | | | | | | | | |
| | | | | | BTO SCHED | | | | | | |
| 11/13/2017 | + | 9:37:00 PM | | 5:53:00 AM | | | | | | 8.00 | 812.00 |
| 11/15/2017 | 6:50 AM | RDO | | | | | 8.00 | | | | 820.00 |
| 11/16/2017 | 6:50 AM | RDO | | | | | 8.00 | | | | 828.00 |
| 11/16/2017 | + | 9:27:00 PM | | 5:58:00 AM | | | | | | 8.00 | 836.00 |
| 11/17/2017 | + | 9:38:00 PM | | 5:50:00 AM | | | | | | 8.00 | 844.00 |
| ///75//// | | | | | | | | | | | |
| | | | | | BTO SCHED | | | | | | |
| 11/18/2017 | | 5:50:00 AM | | 1:50:00 PM | | | | | | 8.00 | 852.00 |
| ///75////P00001 | | | | | | | | | | | |
| | | | | | BTO 1 MEAL PAY | | | | | | |
| | | O: Missed Punch - Forgot to Punch | | | | | | | | | |
| 11/18/2017 | + | 5:41:00 PM | | 5:50:00 PM | | | | | | 0.00 | 852.00 |
| | | | | | NOT APPROVED | | | | | | |

## Time Detail

| | | | | | |
|---|---|---|---|---|---|
| Time Period: | 9/2/2017 - 8/13/2021 | | Data Up to Date: | 8/13/2021 10:24:24 AM | |
| Query: | Previously Selected Employee(s) | | Executed on: | 8/13/2021 10:24 GMT-04:00 | |
| Actual/Adjusted: | Show hours worked in this period only. | | Printed for: | jkaraasl | |
| | | | Insert Page Break After Each Employee: | No | |

| Date/Time | Apply To | In Punch | In Exc | Out Punch | Out Exc | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Xfr/Move: Account* | | *Comment* | | | *Xfr: Work Rule* | | | | | | |
| 11/18/2017  + | | 5:50:00 PM | | 9:50:00 PM | | | | | | 4.00 | 856.00 |
| *//75////P00001* | | | | | *BTO BEFORE PAY* | | | | | | |
| 11/18/2017  + | | 9:50:00 PM | | 6:13:00 AM | | | | | | 8.00 | 864.00 |
| *//75////* | | | | | *BTO SCHED* | | | | | | |
| 11/20/2017 | 6:50 AM | RDO | | | | | 8.00 | | | | 872.00 |
| 11/20/2017  + | | 5:50:00 PM | | 9:50:00 PM | | | | | | 4.00 | 876.00 |
| | | | *EV[Marked as Reviewed]* | | | | | | | | |
| *//75////P00001* | | | | | *BTO BEFORE PAY* | | | | | | |
| | | *I: Missed Punch - Forgot to Punch* | | | | | | | | | |
| 11/20/2017  + | | 9:50:00 PM | | 5:50:00 AM | | | | | | 8.00 | 884.00 |
| *//75////* | | | | | *BTO SCHED* | | | | | | |
| 11/21/2017 | | 5:50:00 AM | | 6:37:00 AM | | | | | | 0.50 | 884.50 |
| | | | | | *NOT APPROVED* | | | | | | |
| 11/21/2017  + | | 9:40:00 PM | | 5:50:00 AM | | | | | | 8.00 | 892.50 |
| 11/22/2017 | | 5:50:00 AM | | 6:51:00 AM | | | | | | 1.00 | 893.50 |
| | | | | | *NOT APPROVED* | | | | | | |
| 11/22/2017  + | | 9:39:00 PM | | 5:50:00 AM | | | | | | 8.00 | 901.50 |
| 11/23/2017 | | 5:50:00 AM | | 7:02:00 AM | | | | | | 1.00 | 902.50 |
| | | | | | *NOT APPROVED* | | | | | | |
| 11/23/2017  + | | 5:41:00 PM | | 5:50:00 PM | | | | | | 0.00 | 902.50 |
| | | | | | *NOT APPROVED* | | | | | | |
| 11/23/2017  + | | 5:50:00 PM | | 9:50:00 PM | | | | | | 4.00 | 906.50 |
| *//75////P00001* | | | | | *BTO BEFORE PAY* | | | | | | |
| 11/23/2017  + | | 9:50:00 PM | | 5:50:00 AM | | | | | | 8.00 | 914.50 |
| *//75////* | | | | | *BTO SCHED* | | | | | | |
| 11/24/2017 | | 5:50:00 AM | | 9:56:00 AM | | | | | | 4.00 | 918.50 |
| *//75////P00001* | | | | | *BTO AFTER PAY* | | | | | | |
| 11/25/2017 | 6:50 AM | RDO | | | | | 8.00 | | | | 926.50 |
| 11/26/2017 | 6:50 AM | RDO | | | | | 8.00 | | | | 934.50 |
| 11/26/2017 | | 1:57:00 PM | | 9:50:00 PM | | | | | | 7.50 | 942.00 |
| *//75////P00001* | | | | | | | | | | | |

# Time Detail

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Time Period: | 9/2/2017 - 8/13/2021 | | | Data Up to Date: | | 8/13/2021 10:24:24 AM | |
| Query: | Previously Selected Employee(s) | | | Executed on: | | 8/13/2021 10:24 GMT-04:00 | |
| Actual/Adjusted: | Show hours worked in this period only. | | | Printed for: | | jkaraasl | |
| | | | | Insert Page Break After Each Employee: | | No | |

| Date/Time Xfr/Move: Account | Apply To | In Punch Comment | In Exc | Out Punch | Out Exc Xfr: Work Rule | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | *BTO UNSCHED PAY FT* | | | | | | |
| | | *O: Missed Punch - Forgot to Punch* | | | | | | | | | |
| 11/26/2017  + | | 10:50:00 PM | | 7:08:00 AM | | | | | | 8.00 | 950.00 |
| | | *I: Missed Punch - Forgot to Punch* | | | | | | | | | |
| 11/27/2017  + | | 10:36:00 PM | | 7:10:00 AM | | | | | | 8.00 | 958.00 |
| 11/28/2017  + | | 10:31:00 PM | | 7:11:00 AM | | | | | | 8.00 | 966.00 |
| 11/29/2017 | | 7:20:00 AM | | 11:20:00 AM | | | | | | 4.00 | 970.00 |
| //75////P00001 | | | | | | | | | | | |
| | | | | | *BTO UNSCHED BA PAY* | | | | | | |
| | | *I: Missed Punch - Court* | | | | | | | | | |
| | | *O: Missed Punch - Court* | | | | | | | | | |
| 11/29/2017  + | | 10:34:00 PM | | 7:03:00 AM | | | | | | 8.00 | 978.00 |
| 12/1/2017 | 6:50 AM | RDO | | | | | | | 8.00 | | 986.00 |
| 12/1/2017  + | | 10:31:00 PM | | 6:50:00 AM | | | | | | 8.00 | 994.00 |
| //75//// | | | | | | | | | | | |
| | | | | | *BTO SCHED* | | | | | | |
| | | *O: Missed Punch - Forgot to Punch* | | | | | | | | | |
| 12/2/2017 | | 1:26:00 PM | | 9:50:00 PM | | | | | | 8.00 | 1,002.00 |
| //75////P00001 | | | | | | | | | | | |
| | | | | | *BTO UNSCHED PAY FT* | | | | | | |
| | | *O: Missed Punch - Forgot to Punch* | | | | | | | | | |
| 12/2/2017  + | | 10:45:00 PM | | 2:50:00 AM | | | | | | 4.00 | 1,006.00 |
| //75//// | | | | | | | | | | | |
| | | | | | *BTO SCHED* | | | | | | |
| 12/3/2017 | | 2:50:00 AM | | 3:50:00 AM | | | | | | 1.00 | 1,007.00 |
| //75////S00001 | | | | | | | | | | | |
| | | | | | *BTO NO MEAL SCHED PAY* | | | | | | |
| 12/3/2017 | | 3:50:00 AM | | 7:07:00 AM | | | | | | 3.00 | 1,010.00 |
| //75//// | | | | | | | | | | | |
| | | | | | *BTO SCHED* | | | | | | |
| 12/3/2017  + | | 1:34:00 PM | | 9:50:00 PM | | | | | | 8.00 | 1,018.00 |
| | | | EV[Marked as Reviewed] | | | | | | | | |
| //75////P00001 | | | | | | | | | | | |
| | | | | | *BTO 1 MEAL PAY* | | | | | | |
| 12/3/2017  + | | 9:50:00 PM | | 5:58:00 AM | | | | | | 8.00 | 1,026.00 |
| //75//// | | | | | | | | | | | |
| | | | | | *BTO SCHED* | | | | | | |

## Time Detail

| | | | | |
|---|---|---|---|---|
| Time Period: | 9/2/2017 - 8/13/2021 | | Data Up to Date: | 8/13/2021 10:24:24 AM |
| Query: | Previously Selected Employee(s) | | Executed on: | 8/13/2021 10:24 GMT-04:00 |
| Actual/Adjusted: | Show hours worked in this period only. | | Printed for: | jkaraasl |
| | | | Insert Page Break After Each Employee: | No |

| Date/Time | Apply To | In Punch | In Exc | Out Punch | Out Exc | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Xfr/Move: Account | | Comment | | | Xfr: Work Rule | | | | | | |
| 12/4/2017 + | | 9:40:00 PM | | 5:50:00 AM | | | | | | 8.00 | 1,034.00 |
| 12/5/2017 | | 5:50:00 AM | | 6:20:00 AM | | | | | | 0.50 | 1,034.50 |
| | | | | | NOT APPROVED | | | | | | |
| 12/6/2017 | 6:50 AM | RDO | | | | | 8.00 | | | | 1,042.50 |
| 12/7/2017 | 6:50 AM | RDO | | | | | 8.00 | | | | 1,050.50 |
| 12/7/2017 + | | 9:37:00 PM | | 6:12:00 AM | | | | | | 8.00 | 1,058.50 |
| 12/8/2017 + | | 9:40:00 PM | | 5:50:00 AM | | | | | | 8.00 | 1,066.50 |
| 12/9/2017 + | | 1:36:00 PM | | 9:50:00 PM | | | | | | 8.00 | 1,074.50 |
| | | | EV[Marked as Reviewed] | | | | | | | | |
| ///75////P00001 | | | | | BTO 1 MEAL PAY | | | | | | |
| 12/9/2017 + | | 9:50:00 PM | | 6:13:00 AM | | | | | | 8.00 | 1,082.50 |
| ///75//// | | | | | BTO SCHED | | | | | | |
| 12/11/2017 | 6:50 AM | RDO | | | | | 8.00 | | | | 1,090.50 |
| 12/12/2017 | 12:00 AM | RDO | | | | | 8.00 | | | | 1,098.50 |
| | | See Note | | | | | | | | | |
| 12/12/2017 + | | 9:29:00 PM | | 6:17:00 AM | | | | | | 8.00 | 1,106.50 |
| 12/13/2017 | | 7:20:00 AM | | 11:20:00 AM | | | | | | 4.00 | 1,110.50 |
| ///75////P00001 | | | | | BTO UNSCHED BA PAY | | | | | | |
| | | | I: Missed Punch - Court | | | | | | | | |
| | | | O: Missed Punch - Court | | | | | | | | |
| 12/13/2017 + | | 9:32:00 PM | | 5:50:00 AM | | | | | | 8.00 | 1,118.50 |
| 12/14/2017 | | 5:50:00 AM | | 6:22:00 AM | | | | | | 0.50 | 1,119.00 |
| | | | | | NOT APPROVED | | | | | | |
| 12/14/2017 + | | 9:29:00 PM | | 12:50:00 AM | | | | | | 3.00 | 1,122.00 |
| ///75//// | | | | | BTO SCHED | | | | | | |
| 12/15/2017 | | 12:50:00 AM | | 1:50:00 AM | | | | | | 1.00 | 1,123.00 |
| ///75////S00001 | | | | | BTO NO MEAL SCHED PAY | | | | | | |
| 12/15/2017 | | 1:50:00 AM | | 3:50:00 AM | | | | | | 2.00 | 1,125.00 |
| ///75//// | | | | | BTO SCHED | | | | | | |
| 12/15/2017 | | 3:50:00 AM | | 4:50:00 AM | | | | | | 1.00 | 1,126.00 |
| ///75////S00001 | | | | | | | | | | | |

| Time Detail | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Time Period: | 9/2/2017 - 8/13/2021 | | | | | | | Data Up to Date: | 8/13/2021 10:24:24 AM | | |
| Query: | Previously Selected Employee(s) | | | | | | | Executed on: | 8/13/2021 10:24 GMT-04:00 | | |
| Actual/Adjusted: | Show hours worked in this period only. | | | | | | | Printed for: | jkaraasl | | |
| | | | | | | | | Insert Page Break After Each Employee: | | | No |

| Date/Time | Apply To | In Punch | In Exc | Out Punch | Out Exc | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Xfr/Move: Account | | Comment | | | Xfr: Work Rule | | | | | | |
| | | | | | BTO NO MEAL SCHED PAY | | | | | | |
| 12/15/2017 | | 4:50:00 AM | | 5:53:00 AM | | | | | | 1.00 | 1,127.00 |
| //75//// | | | | | | | | | | | |
| | | | | | BTO SCHED | | | | | | |
| 12/15/2017 | | 7:20:00 AM | | 11:20:00 AM | | | | | | 4.00 | 1,131.00 |
| //75////P00001 | | | | | | | | | | | |
| | | | | | BTO UNSCHED BA PAY | | | | | | |
| | | I: Missed Punch - Court | | | | | | | | | |
| | | O: Missed Punch - Court | | | | | | | | | |
| 12/16/2017 6:50 AM | RDO | | | | | | | | 8.00 | | 1,139.00 |
| 12/17/2017 6:50 AM | RDO | | | | | | | | 8.00 | | 1,147.00 |
| 12/17/2017 | | 9:32:00 AM | | 1:50:00 PM | | | | | | 4.00 | 1,151.00 |
| //75////P00001 | | | | | | | | | | | |
| | | | | | BTO UNSCHED BA PAY | | | | | | |
| 12/17/2017 | | 1:50:00 PM | | 9:55:00 PM | | | | | | 8.00 | 1,159.00 |
| //75////P00001 | | | | | | | | | | | |
| | | | | | BTO UNSCHED PAY FT | | | | | | |
| 12/17/2017 + | | 10:34:00 PM | | 2:50:00 AM | | | | | | 4.00 | 1,163.00 |
| //75//// | | | | | | | | | | | |
| | | | | | BTO SCHED | | | | | | |
| 12/18/2017 | | 2:50:00 AM | | 3:50:00 AM | | | | | | 1.00 | 1,164.00 |
| //75////A00001 | | | | | | | | | | | |
| | | | | | BTO NO MEAL SCHED PAY | | | | | | |
| 12/18/2017 | | 3:50:00 AM | | 4:50:00 AM | | | | | | 1.00 | 1,165.00 |
| //75//// | | | | | | | | | | | |
| | | | | | BTO SCHED | | | | | | |
| 12/18/2017 | | 4:50:00 AM | | 5:50:00 AM | | | | | | 1.00 | 1,166.00 |
| //75////A00001 | | | | | | | | | | | |
| | | | | | BTO NO MEAL SCHED PAY | | | | | | |
| 12/18/2017 | | 5:50:00 AM | | 6:50:00 AM | | | | | | 1.00 | 1,167.00 |
| //75//// | | | | | | | | | | | |
| | | | | | BTO SCHED | | | | | | |
| 12/18/2017 | | 6:50:00 AM | | 8:06:00 AM | | | | | | 1.00 | 1,168.00 |
| //75////P00001 | | | | | | | | | | | |
| | | | | | BTO AFTER PAY | | | | | | |
| 12/18/2017 + | | 10:31:00 PM | | 6:50:00 AM | | | | | | 8.00 | 1,176.00 |
| //75//// | | | | | | | | | | | |
| | | | | | BTO SCHED | | | | | | |

CONFIDENTIAL

TBTA101369

| Date/Time | Apply To | In Punch | In Exc | Out Punch | Out Exc | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Xfr/Move: Account | | Comment | | | Xfr: Work Rule | | | | | | |
| 12/19/2017 | | 6:50:00 AM | | 10:55:00 AM | | | | | | 4.00 | 1,180.00 |
| //75////BSE014 | | | | | | | | | | | |
| | | | | | BTO AFTER PAY | | | | | | |
| 12/19/2017 + | | 10:37:00 PM | | 7:10:00 AM | | | | | | 8.00 | 1,188.00 |
| 12/20/2017 | | 7:20:00 AM | | 11:20:00 AM | | | | | | 4.00 | 1,192.00 |
| //75////P00001 | | | | | | | | | | | |
| | | | | | BTO UNSCHED BA PAY | | | | | | |
| | | I: Missed Punch - Court | | | | | | | | | |
| | | O: Missed Punch - Court | | | | | | | | | |
| 12/20/2017 + | | 10:39:00 PM | | 6:50:00 AM | | | | | | 8.00 | 1,200.00 |
| 12/21/2017 | | 6:50:00 AM | | 7:26:00 AM | | | | | | 0.50 | 1,200.50 |
| | | | | | NOT APPROVED | | | | | | |
| 12/22/2017 6:50 AM | RDO | | | | | | 8.00 | | | | 1,208.50 |
| 12/22/2017 + | | 10:11:00 PM | | 10:50:00 PM | | | | | | 0.50 | 1,209.00 |
| | | | | | NOT APPROVED | | | | | | |
| 12/22/2017 + | | 10:50:00 PM | | 6:54:00 AM | | | | | | 8.00 | 1,217.00 |
| //75//// | | | | | | | | | | | |
| | | | | | BTO SCHED | | | | | | |
| 12/23/2017 + | | 10:35:00 PM | | 6:56:00 AM | | | | | | 8.00 | 1,225.00 |
| 12/24/2017 + | | 5:43:00 PM | | 5:50:00 PM | | | | | | 0.00 | 1,225.00 |
| | | | | | NOT APPROVED | | | | | | |
| 12/24/2017 + | | 5:50:00 PM | | 9:50:00 PM | | | | | | 4.00 | 1,229.00 |
| //75////BSE014 | | | | | | | | | | | |
| | | | | | BTO BEFORE PAY | | | | | | |
| 12/24/2017 + | | 9:50:00 PM | | 5:50:00 AM | | | | | | 8.00 | 1,237.00 |
| //75//// | | | | | | | | | | | |
| | | | | | BTO SCHED | | | | | | |
| 12/25/2017 | | 5:50:00 AM | | 10:09:00 AM | | | | | | 4.00 | 1,241.00 |
| //75////BSE014 | | | | | | | | | | | |
| | | | | | BTO AFTER PAY | | | | | | |
| 12/25/2017 + | | 9:39:00 PM | | 5:50:00 AM | | | | | | 8.00 | 1,249.00 |
| //75//// | | | | | | | | | | | |
| | | | | | BTO SCHED | | | | | | |
| 12/26/2017 | | 5:50:00 AM | | 2:06:00 PM | | | | | | 8.00 | 1,257.00 |
| //75////BSE014 | | | | | | | | | | | |
| | | | | | BTO 1 MEAL PAY | | | | | | |
| 12/27/2017 6:50 AM | RDO | | | | | | 8.00 | | | | 1,265.00 |
| 12/28/2017 6:50 AM | RDO | | | | | | 8.00 | | | | 1,273.00 |

Time Detail
Time Period: 9/2/2017 - 8/13/2021
Query: Previously Selected Employee(s)
Actual/Adjusted: Show hours worked in this period only.
Data Up to Date: 8/13/2021 10:24:24 AM
Executed on: 8/13/2021 10:24 GMT-04:00
Printed for: jkaraasl
Insert Page Break After Each Employee: No

# Time Detail

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Time Period: | 9/2/2017 - 8/13/2021 | | | | | Data Up to Date: | | 8/13/2021 10:24:24 AM | | |
| Query: | Previously Selected Employee(s) | | | | | Executed on: | | 8/13/2021 10:24 GMT-04:00 | | |
| Actual/Adjusted: | Show hours worked in this period only. | | | | | Printed for: | | jkaraasl | | |
| | | | | | | Insert Page Break After Each Employee: | | No | | |

| Date/Time | Apply To | In Punch | In Exc | Out Punch | Out Exc | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Xfr/Move:* *Account* | | | *Comment* | | *Xfr:* *Work Rule* | | | | | | |
| 12/29/2017 | 12:00 AM | SICK | | | | | 8.00 | | | | 1,281.00 |
| 12/29/2017 | 12:00 AM | SICK HRS | | | | | 8.00 | | | | |
| 12/30/2017 | 12:00 AM | SICK | | | | | 8.00 | | | | 1,289.00 |
| 12/30/2017 | 12:00 AM | SICK HRS | | | | | 8.00 | | | | |
| 12/30/2017 | + | | 9:23:00 PM | | 6:09:00 AM | | | | | 8.00 | 1,297.00 |
| 1/1/2018 | 6:50 AM | RDO | | | | | 8.00 | | | | 1,305.00 |
| 1/1/2018 | + | | 9:30:00 PM | | 5:53:00 AM | | | | | 8.00 | 1,313.00 |
| 1/2/2018 | + | | 9:31:00 PM | | 5:51:00 AM | | | | | 8.00 | 1,321.00 |
| 1/3/2018 | | | 7:20:00 AM | | 11:20:00 AM | | | | | 4.00 | 1,325.00 |
| *//75////P00001* | | | | | *BTO UNSCHED BA PAY* | | | | | | |
| | | | *I: Missed Punch - Court* | | | | | | | | |
| | | | *O: Missed Punch - Court* | | | | | | | | |
| 1/3/2018 | + | | 9:41:00 PM | | 5:55:00 AM | | | | | 8.00 | 1,333.00 |
| 1/4/2018 | + | | 5:12:00 PM | | 9:50:00 PM | | | | | 4.50 | 1,337.50 |
| | | | *EV[Marked as Reviewed]* | | | | | | | | |
| *//75////W00001* | | | | | *BTO BEFORE PAY* | | | | | | |
| 1/4/2018 | + | | 9:50:00 PM | | 5:55:00 AM | | | | | 8.00 | 1,345.50 |
| *//75////* | | | | | *BTO SCHED* | | | | | | |
| 1/6/2018 | 6:50 AM | RDO | | | | | 8.00 | | | | 1,353.50 |
| 1/7/2018 | 6:50 AM | RDO | | | | | 8.00 | | | | 1,361.50 |
| 1/7/2018 | | | 1:50:00 PM | | 9:57:00 PM | | | | | 8.00 | 1,369.50 |
| *//75////P00001* | | | | | *BTO UNSCHED PAY FT* | | | | | | |
| 1/7/2018 | + | | 10:45:00 PM | | 6:50:00 AM | | | | | 8.00 | 1,377.50 |
| *//75////* | | | | | *BTO SCHED* | | | | | | |
| 1/8/2018 | | | 6:50:00 AM | | 7:23:00 AM | | | | | 0.50 | 1,378.00 |
| *//75////S00001* | | | | | *BTO AFTER PAY* | | | | | | |
| 1/8/2018 | | | 7:50:00 AM | | 11:50:00 AM | | | | | 4.00 | 1,382.00 |
| *//75////P00001* | | | | | *BTO UNSCHED BA PAY* | | | | | | |
| | | | *I: Missed Punch - Court* | | | | | | | | |
| | | | *O: Missed Punch - Court* | | | | | | | | |
| 1/8/2018 | + | | 10:38:00 PM | | 7:15:00 AM | | | | | 8.00 | 1,390.00 |