# EXHIBIT F

| **Faruqi & Faruqi Time Records Summary** | | | |
|---|---|---|---|
| *Mercado, et al. v. Metropolitan Transportation Authority, et al.* Case No. 1:20-cv-6533 | | | |
| **ATTORNEY/STAFF** | **HOURS** | **REGULAR RATE** | **TOTAL** |
| **Partners** | | | |
| Huot, Innessa M. | 1509.90 | $550.00 | $830,445.00 |
| Beldner, Joshua A. | 305.80 | $550.00 | $168,190.00 |
| Tilton, Eric S. | 197.00 | $550.00 | $108,350.00 |
| Hartzband, Alex, J. | 228.00 | $500.00 | $114,000.00 |
| **Associates** | | | |
| Burr, Camilo | 474.2 | $400.00 | $189,680.00 |
| Crabill, Taylor | 35.10 | $400.00 | $14,040.00 |
| Collopy, Patrick, J. | 54.90 | $375.00 | $20,587.50 |
| Stanley, Annabel | 66.80 | $350.00 | $23,380.00 |
| Petrovic, Jelena | 2.30 | $350.00 | $805.00 |
| **Support Staff** | | | |
| Aloise, Anthony, J. | 197.60 | $175.00 | $34,580.00 |
| Carrano, Christian | 74.00 | $175.00 | $12,950.00 |
| Behnke, Derek | 39.90 | $175.00 | $6,982.50 |
| Gonzales, Matthew | 15.00 | $175.00 | $2,625.00 |
| Householder, Amanda | 6.80 | $150.00 | $1,020.00 |
| **TOTALS** | **3207.30** | | **$1,527,635.00** |