UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY MERCADO, TYRONE PRINGLE, ADAM ROMAN, KEVIN KNOIS, and EDWARD KALANZ, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>METROPOLITAN TRANSPORTATION AUTHORITY and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,<br><br>Defendants. | Civil Action No.: 1:20-cv-06533-AT |

## **DECLARATION OF ALEX J. HARTZBAND**

Pursuant to 28 U.S.C. § 1746, Alex J. Hartzband, being duly sworn, deposes and says:

1. I am a Partner at Faruqi & Faruqi, LLP, counsel of record for Plaintiffs in the above-captioned action against Defendants.

2. I submit this declaration in support of Plaintiffs' motion to withdraw as counsel of record for Plaintiffs, pursuant to Local Rule 1.4.

3. My employment with Faruqi & Faruqi, LLP will end on June 16, 2023, and I will no longer be involved with the above-captioned action thereafter.

4. Faruqi & Faruqi, LLP will continue its representation of Plaintiffs in this matter, through remaining counsel of record Innessa M. Huot and Camilo M. Burr.

5. I am not asserting any retaining or charging liens against any party.

6. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: June 12, 2023 　　　　　　　　　　　　　　*/s/ Alex J. Hartzband*
　　　　New York, New York 　　　　　　　　　　　　Alex J. Hartzband

1